**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| PFIZER INC., PF PRISM IMB B.V.,<br><br>      Plaintiffs,<br><br>    v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY,<br><br>      Defendant. | C.A. No. 26-440-JLH |

**DEFENDANT CHANGZHOU PHARMACEUTICAL FACTORY'S
<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, Defendant Changzhou

Pharmaceutical Factory states that Shanghai Pharmaceuticals Holding Co., Ltd., a publicly held

corporation, owns more than 10% of SPH Changzhou Pharmaceutical Co., Ltd. and SPH

Changzhou Pharmaceutical Co., Ltd. owns more than 10% of Changzhou Pharmaceutical

Factory.

Dated: June 22, 2026

*Of Counsel:*

H. Howard Wang
**WINDELS MARX LANE &
MITTENDORF, LLP**
One Giralda Farms
Madison, NJ 07940
(973) 966-3200
hwang@windelsmarx.com

**SMITH KATZENSTEIN & JENKINS LLP**

<u>*/s/ Daniel A. Taylor*</u>
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Defendant Changzhou
Pharmaceutical Factory*