IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC. and PF PRISM IMB B.V., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-439 (JLH) |
| | ) | |
| MICRO LABS LIMITED and | ) | |
| MICRO LABS USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| PFIZER INC. and PF PRISM IMB B.V., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-440 (JLH) |
| | ) | |
| CHANGZHOU PHARMACEUTICAL | ) | |
| FACTORY, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PFIZER INC. and PF PRISM IMB B.V., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-441 (JLH) |
| | ) | |
| BIOCON LIMITED, BIOCON PHARMA | ) | |
| LIMITED, and BIOCON PHARMA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE

WHEREAS, Plaintiffs Pfizer Inc. and PF PRISM IMB B.V. (collectively, "Plaintiffs")

filed the above-captioned civil actions for patent infringement on April 16, 2026, against

Defendants Micro Labs Limited and Micro Labs USA Inc. (collectively "Micro Labs"),

Changzhou Pharmaceutical Factory ("Changzhou"), and Biocon Limited, Biocon Pharma Limited,

and Biocon Pharma, Inc. (collectively, "Biocon") in connection with Defendants' respective Abbreviated New Drug Applications (ANDAs) seeking FDA approval for Abrocitinib Tablets 50 mg, 100 mg, and 200 mg prior to the expiration of at least one of U.S. Patent Nos. 9,035,074 (all Defendants), 9,545,045 (Micro Labs and Changzhou), and 9,549,929 (Micro Labs and Changzhou);

WHEREAS, the above-captioned actions involve overlapping patents, and the parties agree it would promote efficiency and conserve the resources of the Court and the parties to consolidate these actions and enter a joint schedule governing these cases;

WHEREAS, a Proposed Scheduling Order and accompanying letter is currently due in Civil Action No. 26-439-JLH on July 24, 2026 (*see* D.I. 15);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that:

(1)    The above-captioned actions are consolidated for all purposes;

(2)    C.A. No. 26-439-JLH shall be the lead case, and all filings shall be made in C.A. No. 26-439-JLH; and

(3)    The parties shall submit a joint Proposed Scheduling Order and accompanying letter for this consolidated action by July 24, 2026 (*see* D.I. 15).

2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc. and PF PRISM IMB B.V.*

MORRIS JAMES LLP

*/s/ Cortlan S. Hitch*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Micro Labs Limited and Micro Labs USA Inc.*

SMITH KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*

Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 North West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Changzhou Pharmaceutical Factory*

KRATZ & BARRY LLP

*/s/ R Touhey Myer*

R Touhey Myer (#5939)
800 North West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Defendants Biocon Limited, Biocon Pharma Limited, and Biocon Pharma, Inc.*

June 26, 2026

SO ORDERED this _____ day of _____, 2026.

_____
United States District Court Judge

3